MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT TURNER, | ) Civil No. 2:18-cv-00022-AC |
|     Plaintiff, | ) **STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |
|     v. | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

IT IS HEREBY STIPULATED by the parties, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her MSJ. Defendant respectfully requests this extension to further consider the certified administrative record and the medical records submitted with Plaintiff's Request for Remand, especially in light of his *pro se* status.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's MSJ will be Wednesday, November 28, 2018.

Respectfully submitted,

Date: *October 29, 2018*  By: */s/ Robert Turner*\*
ROBERT TURNER
*\* By phone authorization on October 29, 2018*
Plaintiff

Date: *October 29, 2018*  MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: October 30, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ